1997 OK 98

**Melanie GRAY, Petitioner,**

v.

**Honorable Brian UPP, Special District Judge for the Seventh Judicial District, in and for Oklahoma County, Respondent.**

No. 89519.

Supreme Court of Oklahoma.

July 8, 1997.

———

*ORDER*

¶ 1 Original jurisdiction is assumed. Let the writ of mandamus issue. The respondent is directed in Oklahoma County District Court Case No. JF–93–1424, styled *In the Matter of Sasha Gray, Shawandra Gray, Danyelle Neal, Jr., and Shareka Gray Neal, alleged deprived children,* to allow the mother a jury trial on proceedings to terminate her parental rights, pursuant to the Due Process Clause of Oklahoma's Constitution and this Court's decisions in *A.E. v. State,* 743 P.2d 1041, 1047 (Okl.1987) and *Matter of D.D.F.,* 801 P.2d 703, 705 (Okl.1990).

¶ 2 We hold that the 1990 Amendment to Oklahoma Constitution, Art. 2, § 19 neither repealed nor negated the right of a parent to be tried by his/her peers in a proceeding to determine whether there shall be a permanent parting of the bonds linking parent to child.

¶ 3 KAUGER, C.J., SUMMERS, V.C.J., HODGES, LAVENDER, SIMMS, HARGRAVE, WILSON, and WATT, JJ., concur.

¶ 4 OPALA, J., dissents.